ACCEPTED
06-18-00100-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/29/2018 3:26 PM
DEBBIE AUTREY
CLERK

## NO. 06-18-00100-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **6th COURT** |
| | § | |
| **KEITH ALLEN BURNHAM** | § | **OF APPEALS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

5/29/2018 3:26:16 PM

DEBBIE AUTREY
Clerk

## MOTION TO WITHDRAW

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Martin Braddy, Movant and attorney of record for Defendant, Keith Allen Burnham, brings this Motion to Withdraw as counsel and in support thereof shows:

1.      Movant was appointed by the Court to represent Defendant in the trial of this cause.

2.      Defendant, Keith Allen Burnham, was convicted of Theft, enhanced and was sentenced to ten (10) years in prison on May 23, 2018.  Movant has advised Keith Allen Burnham of his right to appeal in this cause.

3.      The following deadlines and/or settings exist in this case:

a.      Docketing Statement is due on June 11, 2018.

4.      Following sentencing, the trial court found Defendant indigent and approved his request to appoint an attorney to represent Defendant in the appeal in this case.

5.      The trial court appointed Frank Hughes to represent Defendant in the

appeal of this case.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court allow Martin Braddy to withdraw as counsel for Keith Allen Burnham and from any further representation of Keith Allen Burnham in this cause.

Respectfully submitted,

Martin Braddy Attorney at Law
121 Oak Avenue
Suite A
Sulphur Springs, TX 75482
Tel: (903) 885-2040
Fax: (903) 500-2704


By:\_\_\_\_/s/ Martin Braddy_____
    Martin Braddy
    State Bar No. 00796240
    martin.braddy@verizon.net
    Attorney for Keith Allen Burnham


## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on May 29, 2018, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hopkins County, by electronic service through the Electronic Filing Manager.


    \_\_\_\_/s/ Martin Braddy_____
    Martin Braddy

## NO. 06-18-00100-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | IN THE |
| | § | |
| **VS.** | § | **6th COURT** |
| | § | |
| **KEITH ALLEN BURNHAM** | § | **OF APPEALS** |

## <u>NOTICE</u>

To:   Keith Allen Burnham

NOTICE is hereby given, as provided by Rule 6 of the Texas Rules of Appellate Procedure, that the following deadlines and/or settings exist in this case:

      a.     Docketing Statement is due on June 11, 2018

 

Martin Braddy Attorney at Law
121 Oak Avenue
Suite A
Sulphur Springs, TX 75482
Tel: (903) 885-2040
Fax: (903) 500-2704

By:___/s/ Martin Braddy_____
    Martin Braddy
    State Bar No. 00796240
    martin.braddy@verizon.net
    Attorney for Keith Allen Burnham

I certify that a copy of this Notice has been mailed by regular mail to the above-named Defendant at his last known address:  298 Rosemont St., Sulphur

Springs, Texas 75482 on May 29, 2018.

      /s/ Martin Braddy
Martin Braddy